FILED

12/30/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0562

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0562

_____

KILA SHEPHERD,

Plaintiff and Appellant,

v.

ORDER

STATE OF MONTANA, DEPARTMENT OF
CORRECTIONS,

Defendant and Appellee.

_____

This Court reviews briefs to ensure compliance with Rule 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's Opening Brief filed electronically on December 29, 2022, this Court has determined that the brief does not comply with the below referenced Rule and must be resubmitted.

Rule 12(1)(c) requires that an appellant's brief include a statement of the case with the appropriate heading and information. Appellant's brief is deficient because it does not include a statement of the case with the appropriate heading and information.

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellants shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rule and that the Appellants shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk of this Court is directed to provide a true copy of this Order to all parties of record.

1

Electronically signed by:
James Jeremiah Shea
Justice, Montana Supreme Court
December 30 2022